**In re David WILLIS, Petitioner.**

No. 12–1072.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

David Willis, Petitioner Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp.2011) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on January 23, 2012, 2012 WL 181420. Accordingly, because the district court has recently decided Willis' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*